MICHAEL F. HARDIMAN, SBN 104508
DOLORES B. DALTON, SBN 094931
HARDIMAN & CARROLL
450 Sansome Street, Suite 700
San Francisco, California 94111
Tel:  (415) 248-3930
Fax:  (415) 248-3933

Attorneys for Plaintiff
CLARENDON NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY, | ) CASE NO. C07-00414SC |
| | ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) |
| v. | ) |
| | ) |
| FRANK NEJAT, doing business as DIAMOND HOMES, GHADIR NEJAT, also known as GEORGE NEJAT, | ) |
| Defendants. | ) |
| | ) |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41 (a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

DATED: April 24, 2007

**HARDIMAN & CARROLL, LLP**

DOLORES BASTIAN DALTON
Attorneys for Plaintiff
CLARENDON NATIONAL INSURANCE COMPANY

IT IS SO ORDERED
Judge Samuel Conti

HARDIMAN & CARROLL
450 Sansome Street, Suite 700
San Francisco, 94111
Tel: (415) 248-3930 F

1